UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LEVI CULVER,

        Defendant.

Case No.: CR 22-40066

**STIPULATION FOR ENTRY OF STANDING DISCOVERY ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that the Court may enter the Standing Discovery Order **(Standing Order 19-03)** concerning the handling and disposition of discovery materials turned over to the defense.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that they have read and acknowledge **Amended Standing Order 16-04** concerning access to criminal documents and transcripts.

United States Attorney

07/08/2022
Date

Signature: _/s/ Mark Hodges_

Printed Name: Mark Hodges

Attorney for Defendant

07/08/2022
Date

Signature: _/s/ Matthew Powers_

Printed Name: Matthew Powers