UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 22-40066 |
| vs. | REQUEST FOR NOTICE PURSUANT TO Fed. R. Evid. 609(b) |
| LEVI JOSEPH CULVER, | |
| Defendant. | |

_____

The Defendant, by and through their undersigned attorney, Assistant Federal Public Defender Matthew M. Powers, requests that the U.S. Attorney provide the undersigned with notice, pursuant to Fed. R. Evid. 609(b), of any conviction or convictions with respect to which a period of more than ten (10) years has elapsed since the date of the conviction, which the United States intends to offer at trial for the purpose of attacking the credibility of the Defendant or any witness, sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any conviction or convictions subject to the requirements of Fed. R. Evid. 609 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated and electronically filed this 11th day of July, 2022.

>Respectfully submitted,
>
>JASON J. TUPMAN
>Federal Public Defender
>By:
>   */s/ Matthew M. Powers*
>Matthew M. Powers, Assistant Federal Public Defender
>Attorney for Defendant
>Office of the Federal Public Defender
>Districts of South Dakota and North Dakota
>101 South Main Avenue, Suite 400
>Sioux Falls, SD  57104
>Telephone:  (605) 330-4489
>Facsimile:  (605) 330-4499
>filinguser_SDND@fd.org