UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  vs.<br><br>LEVI JOSEPH CULVER,<br><br>         Defendant. | 4:22-CR-40066-01-KES<br><br><br>ORDER GRANTING CONTINUANCE |

Defendant, Levi Joseph Culver, moves for a 120-day continuance, and plaintiff does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because counsel needs additional time for plea negotiations with the government. Based on the foregoing, it is therefore

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | April 4, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | April 4, 2023 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to April 21, 2023 |
| Applications for Writ of Habeas Corpus Ad Testificandum | May 2, 2023 |

| Other motions | May 9, 2023 |
|---|---|
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | May 9, 2023 |
| Plea agreement or petition to plead and statement of factual basis | May 9, 2023 |
| Notify court of status of case | May 9, 2023 |
| Motions in limine | May 16, 2023 |
| Proposed jury instructions due | May 16, 2023 |
| Jury trial | Tuesday, May 23, 2023, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated November 17, 2022.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE