UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-40066 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| LEVI JOSEPH CULVER, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense«» to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Levi Joseph Culver.

I bought and sold narcotics, including methamphetamine, on the dark web. On June 22, 2022, law enforcement executed a search warrant at my home in Sioux Falls, South Dakota. During the search, they found approximately 2.6 kg of methamphetamine and other narcotics. I knew that these narcotics were in my home, and I intended to distribute them through the mail to drug customers over the dark web. Specifically, I intended to distribute over 500 grams of methamphetamine in this manner.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional

information relevant to sentencing, including additional drug quantities, may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

__03/27/2023_____     __Mark Hodges_____
Date                        Mark Hodges
                            Assistant United States Attorney
                            P.O. Box 2638
                            Sioux Falls, SD 57101-2638
                            Telephone: (605)357-2346
                            Facsimile: (605)330-4410
                            E-Mail: mark.hodges@usdoj.gov

__3-24-23_____     _____
Date                        Levi Joseph Culver
                            Defendant

__3-24-2023_____     _____
Date                        Matthew M. Powers
                            Attorney for Defendant